Date

**Compliant:-**

Facilitated Conspiracy.

Extortion.

Assault Battery.

Prognosis. Espose.

RALPH W. BOYD
vs.
Department of Medicaid Jackson, Ms. Associate of Magnolia Insurance Mississippi, CAN. Department of Federal Goverment (1-866-912-6285) (1-800-421-2708)

RALPH W. BOYD
20 Citizen St. Apt. 33.
Belmont Mississippi
Zip      38827
(662-279-0350)
(sign Ralph W. Boyd)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2016
BY _____ DEPUTY
ARTHUR JOHNSTON

3:16cv374CWR-FKB

Venal an Venue - Facilities an Personnel.
P.C.P. - Primary Care Physician.
① (Renate Eaton) Booneville Health Clinic (662-224-8751)
② (Dr. Donald Robertson) North Mississippi Medical Clinic Iuka, MS. (662-423-6014)
③ (Ray Arriola) an (Tomas Matthew Taylor)
North Ms. Medical Clinic - 662-862-5200 (Fulton, MS.)

Case Manager(s) - Magnolia Health Insurance
① Shermain Renals - 228-239-1446
② Mrs. Russel - 866-912-6285 Ex. 66788
③ Lilly - 866-912-6285 Ex. 66735
④ Allison - 601-863-2470 Ex. 66735
⑤ Cassidy - 601-715-5422
⑥ Charly Pickering - 601-863-2456
⑦ Shot(s) - inoculate - Conscious Altering Drugs.

(Personnel name spelled?)

(Copy 1 Pg 1 of 17)

> Mr. BOYD R. Present Health Status.
> 100% Laxative dependent, Symptoms
> digestive failure Started 2009- to 2016.
> Cause TYP 2 diabetes Prostate failure with
> Gout. (etc) Bloated, Retention, Hypertention.

<u>Medication</u>- to Aid and relieve Symptoms An Laxative

① 1st first of each month to receive A shot to diffuse Bloating. there for (so Laxative will work.)
② The Additive AS A Steroid to inchess hungar.
③ At time Additive AS Lasix to Aid in removal of Liquid AS Prostate, (there to Insulin An Vitamin At times)

*
① (A Shot) Cortisone, will stop from Eating AN dranking All Most All food AN drank, if drank or eat Just A Small Bit, the Abdomen System will Totaly shut down, Causing Chronic Gout. Sever Bloating AS Ruptured Abdomen total stopage of Prostate (etc)
* Mr. Boyd did Not have A Cardiologist (Never). Hypertention (visit)

② (Shot) Cortisone with Steroid will cause Sever hungar AS About 3 days or 1 week Later. AN Last for Several days. Then Stop Causing Bloating AN Retention. Could not get Another Shot After wore off.

③ (Shots) (Balanced-un-Balanced) Cause to much Laxative, there for Causes Gout, AN Bloating. (Can not Eat hardly Any Thang.) (there to severly over eat, prolong AS A week) (Eat Just one food) (Not Eat, Just Snacks) (Over eat) (Eat A small Amount food) (Eat A Variety AN cut back on Laxative.)   * Blockers—

Doctors that will not Treat Mr. Boyd — COMPLIANT — (no)

① Mr. Boyd reQuest for Medical Hair removed on Need Area.
② Mr. Boyd reQuest for his Monthly Shot to be give At Apartment
① Mr. Boyd had been Assaulted Time After Time due to-two many docters distributing (Shots) An Test, Caused Sever Health issues, Stoped futher Service (Aided)
② (Shots) were being Antidoted, would put to much shot in when treatment An WAS NOT the right Shot.
① Caused – Sever Bloating, Prostate Failure Severly to much Gas, Ruptured Hernia An testicle leakAge An Bleeding on Lower End. —
② Caused – Sever Gout, (Treatment) def.. —
③ Caused – Sever Heart Condiction, Stopage And Sever Breathing problems, AS stopage. —
④ Caused – Sever Skin Cash, Bumps, with Arm Blood Spots, dry Skin, Sever, (raw Areas) —
⑤ Caused – (Sever Scalp Lossage), Chaped Arms (dryed)
⑥ Caused – Raw spots on face. —
⑦ Caused – Excess hair growth. —
⑧ Caused – Not to Eat a drink – (or) to Much At Time.
⑨ Caused – Medication failure, Flo-Max, Laxative, Pain Med.
⑩ Caused – Symptoms to worsen, as gout infected (etc)
⑪ Caused – Sever Pain, Hips, Back, Shoulders, Knees (etc)
⑫ Caused – Blurly Vision, runny nose, ears. —
⑬ Caused – Sever flu-Symptoms. —
⑭ Caused – Trauma, An or Shock, (effect) Visual.
⑮ Caused – to over Eat. —
⑯ Caused – Sever – weakness. —
⑰ Caused – To sleep lots, (or) could not rest. —
⑱ Can take only short walks (Very few) flat Surface.
⑲ would Not render (Needed) Treatment. —

## COMPLAINT

① Started About (Jan. 1) 1-1-2015 APPiontment Corinth Hospital for Test, There After, Sever Bloating gout. Sever flu-Symptons, (etc)

② There After Mr. Boyd was, At E.R. or in the Hospital About 1-1-2015 to 4-30-2016 was At the E.R. (17 (teen) times, for Sever Gout Bloating or flu-Symptons.

③ The Test ran are the same test ran over an over AS C-T. SCAN, X-RAY, Blood test (etc) (Ruptured Severly Abdomen)

④ There After the Medical Treatment (Deteriorate) Leaving Mr. Boyd as where he Originly was from.

⑤ Laxative over works, or dont work, Can Not Eat or drank, A dietary Meal on A dayly base.

*Note
⑥ (1 time x3) had gave Mr. Boyd A Shot that Left him Severly Bloated for About 3 Months, where for i Visited Several Docters, but was Left Bloated with Lots of Constunt gas on Mr. Boyd Abdomen with some Bleeding where for No one would Check the Source of Bleeding.

⑦ Mr. Boyd Payed for Lots of transportation an Laxative whalh was disAble.

⑧ have A cent Account Payed Yeardy i have only gotten half of what the test Provided. Made All the tests (Magnolia Health Ins.)

# Venue an Venal

corroberate

① Appropriated federal funded Program where as Transportation There of M.T.M. - Logistict Care - Community Services, State an federal funded There to independent drivers. Goverment funded

② Chronic Gout. Mr. Boyd requested infusion several times over the past 3 years where as Mr. Boyd used as many as 5 or 6 facilities for the needed treatment, Shot(s).

③ Mr. Boyd was Recommended Services by Dermatology I Request for Appiontment About 3 years befor Appiontment, (Apt is did knothing Said knothing) Requested Diabetic Physician for About 2 years — Mr. Boyd Requested Another Gastrologer About 3 years Said there was not one in the Net-Work, (2) New Gastrologers No Appiontment.

④ Mr. Boyd was told the treatment he would receive would have to be directed by means of the Urology An Not the Gastrology due to the Net work. (Request Another Gastrologer for About 3 years Where As A diagnose was Pancreatitus) The Medical Treatment did not effect the Symptoms, only to worsen an Prolong.

⑤ Magnolia Insurance has A Cent reward Account will pay About $90.°° Per Year, There are examination that pay on each test I only receive half of the full pay - Said i never had my kidney test ran, (P.C.P. Said ran test.)

# Compliant   Transportation   M.T.M Logistic Care (etc)
Independent, community service

① Where for (Speeding) Times excessive high Speed As Reckless Driving.
② Where for Driver was on the Phone None, Stop. (Tail Gated)
③ Where for Driver turns Radio on C.D. on turns Volume UP.
④ Where for Picked up As 2 hours early And Late for Appiontment
⑤ Smoked in VAN, need Shave an change of Cloths. old Jeans
⑥ Times was 1½ to 2 hours befor Pick up then carry 1 hour out of the way befor Arrive back to Resident, (6 hours)
⑦ Where for Appiontment was 3 hours round trip took 7 to 8 hours
⑧ Where for Driver, Stops get breakfast on way back & Stop Eat Lunch.
⑨ Here of UnCondictional Vehich As most has A tire out of round. There to, The Stabilizer Are worn to cause Serious Hazardous Steerage, Driving dangerous whall Speeding. There to has A interlock rear end causing both wheels to Pull Consistwncy in A Pull, if dis engaged causes Hazadous Steerage driving there to Speeding - High Speed. Pulls to one side.
⑩ Where for H.O.V. high Occupancy Vehicle when ask, said had Enormous Mileage As 300,000 to 500,000 miles, Steerage Hazardous unconditional driving Hazard
⑪ Where for Eating drinking an driving
Community Service Would not give Reciept on Transportation fare.
⑫ (55-speed 70 M.P.h.) (1 time A trip was 93 M.P.h. for 2 hours) (65 speed 80 MPh.) (85. 4 Lane Stay in left Lane pass All Traffic)
⑬ When Complianed Changed Cab Company, 1 year Later had Changed Cabs Name As OnTime Taxi to Lagacy, was Same Cab. Same driver Same Cars.           APB Lagacy - Cab
⑭ Dropped off went to Walmart. (to track walking/etc) cab - 941-6600

⑥ <u>Obstruction to Justus.</u>
Where for Criminal Fraud of Practice of Medicine Exposure there to Prolong Abusive Negligent Treatment where as Prognosis Probability the Contraction of Chronic infection, where os disease(s) as various typ Cancers, Blood disease, Virus, etc. Where for an there to the Amputation an dismember of the body. There to Permanent damage to the internal Organs, causeing the symptom to worsen there to spread there in, through out the Body. (where for as (infected.) (~~damaged.~~)

⑦ Test, as Blood an C.T. Scan the frequent as stated over drawn Blood test, there to C.T. Scans. where as A liquid dye ingested or injected into the Viens an left with no Blood Cleaner use to treat as Clean the Blood. Causes the Kidney(s) to Stop or Slowly working — causeing Hypertention, Bloated, Retention, gout an over use of flo-Max and Laxative. where for the (sever Rupture) of the Abdomen leakage of A Hernia and testicle, where as causeing more Medical Treatment as shots. Some times as many as 3 trips to E.R. Hospital, Clinics etc. (was not to use on diabetic and Chronic digestive failure, there to Kidney failure Patients. There to causeing the system failure, will have to have shot(s) (Times worsen) Prolonging System Failure. (After Test, C.T. Scan.)

Cardiologer - Cancer Treatmen - Nucler Stress test.

① Where for Mr. Boyd (did not have a heart Physician.) Here of, states Mr. Boyd had Congestive heart failure, an Hypertention, Where as Mr. Boyd had to be Cleared for Radiation treatment there to - had Constuntly had Chest X-ray(s) There to had been given a - Nucler Stress Test, hardly could stay on tread Mill. - had been cleared for Cancer Treatment. (Hypertention) Time Server.

② Here of To day 02-23-2016 was having heart condition - as pain Hypertention (an slowage at Night) Here of - States Mr. Boyd has complinned over an over of condition an (did not have Cardiologer.)

③ Ophthalmologist where as the constunt dilateing of - both eyes, (1) eye has damage as to have the Len removed there with some Cataract there in left eye, weaken to - wear reading glasses aged! (Stop dilateing so not to damage)

④ Test(s) over and over The Same Test as to Stop due to the - cause of Breathing an Heart Conditon, where for i ask an requested (Not to put tub in throat) but only to answer that they did, was Constuntly put to sleep Mr. Boyd - All most all The Time slept on left side due to heart - Conditions Server Tardness short breath with pain, Test - Byopsy - Colonoscopy - there to other Syrgery (Lots) -

⑤ Test here of state, (was not to constuntly keep running Blood Test but to share the last test ran, it Never stop.) Mr. Boyd constuntly complianed to his P.C.P. Physician an to Magnolia Insurance, case manager said to stop Never did.

⑥ About (3-1-2015) shot antidote removed Gout shot, flu, shot and - remove (tetanus shot) was 100% laxative dependent, with Blood test (Lots)

⑧ The ReQuest Several time About dentures AN Need for Medical Hair removed.

⑨ Took Where As 3, or 4 years befor Services As render walking cane, walker, etc. - Crutch(s)

⑩ Medication Prolong use thereto NAme brand (1) flo MAX frequently CALL in the PreScription for refill exspired. Thereto when to Pickup PreScription was ½ filled - All the time, PreScribe fine grain flo-MAX - thereto not filled, was not fine grain was not NAme brand frequently. (Attemped to terminAt floMAX)

⑪ (Shots) took P.C.P. from 1 year thereto 2 years to establish the shot, where for was, Steroid and not Cortisone therefor i could eat and drank, laxAtive worked, Slept, rested cownd walk, AN kept the Goat under Controll, And the (MedicAtion had reAction to was kepth up with.)
When reloCAted New P.C.P. turned my Medication, there for the Health ReCord Changed for the worse.) Could not EAt, drank, or Sleep, Kept gout, there to had re-ruptured Abdomen CAuseing Herria to worsen And Sever Bloating, Retention, gout, - The Attempt to Cause Sever Internal damAge to Testicle Herria - CAuse-ing Internal LeaKaze. There with the Termination of Flo-MAX NAme BrAnd, (Would not give LASix shot, for water, with Sever Retention, No Vitamin shot, or insludin - Shot) RAN C.T. SCAN, gave Antidote shot rAN 5 or 6 C.T. SCANS in 13½ months Sever bloAted. Could not EAt or walk with Swelling in feet An gout. Chornic. (Suppose to get (1) shot per Month
※ [NOTE (Dr. King) when Need 2 Shots would only give one (1)] per Month

Compliant - (fraud) - Doctrines.

① Here of Mr. Boyd for about (4) years Requested a new Physician where as a Gastrologer, there to a new Case Manager, where for the new Case Manager appionted Mr. Boyd (2) new Physician — (1) Dr. Johnson of Oxford, MS. Gastroeterology & Endoscopy,) there to (2) Dr. Christopher Deckerd of Tupelo MS. Digestive Health) — Specialist late 2015. 1st Appiontment check off Medication 2ed Appiontment draw blood. By both facilities for over a Month There was no Appiontment, I Mr. Boyd Re-Scheduled Appiontment with both facilites, Exsplained my Health isseus there was not 1 thang Said or did (Not Colon Scope?) Questioned own more

② Compliant - here of January 1st had Appiontment at Corinth Hospital for test, Test ran was (1) hour C.T. SCAN. There after Mr. Boyd had Sever Bloating Retention, with Gout, from (1-1-2015) to (02-14-2016) Mr. Boyd had 3 flu Shots, had been to the Hospital E.R. About 10 times, Stayed about March 2015 from Sunday night at 6:00 to the Following Saturday at 12:00 had 6 C.T. SCANS in (13½ months) — Blood testes (10 or so) an X Rays (would take as much as 4 Vials of Blood)

③ Here of Magnolia Insurance had Appionted Mr. Boyd as 4 new Case Managers Mr. Boyd had Shermain Renals an she was still on the Phone Line because I could not get in touch with The other 4. Case Managers. (Request my Shots at my Apartment) Others - P.C.P.

④ Here of (Mr. Boyd Attenpts to get new P.C.P. as Local) Magnolia called Mr. Boyd, Said They took Magnolia Insurance an for me to come by and fill out a form, I called went by for appiontment they would not see Mr. Boyd, would contact me. Tryed other Local Physicians would not take Insurance (Iuka, Segars Clinic 1507 west Quitman St (662-423-1000)

# Abusive and Denial of Medical Treatment (etc.)

*
(1.) Note - here of (Shots) Physician would put extremely to much Medicine in the Shot Later as, a week causing the System to Shut down, Stop working, caused Sever Health isseus, there to feeding, Medication, Sores, rash Bumps Skin Problems, Blood Spot, etc, Breathing an heart Problems Prolong Sever Retention an Bloating (reaction to water)

* Note from (Jan. 1-2015) to (March 7-2016) had (4) flu-Shots (sever.)

(2.) Here of Mr. Boyd feet an Ankles would, Swell to The Piont where Could Not Walk, Can only walk for Very Short-distance(s). Time After Time been denied Medical Treatment, As (1) Shot, where for had Visited (3) Physician, there to go to Hospital E.R. As Sunday Night At 1:00° in the Morning, Several Trips for Treatment, Several Times in Past Years.

*
(3.) (Radiation - exsposed) to extremely A Large Amount of radiation where as (X-Ray(s), MRI, C.T. Scan, Cancer Treatment

*
(4.) Contact Phone Number(s) were for (Medical Emergency use Only) Not for Clinic, E.R. Physician, Routine Shots.

*
(No shot, Bloated)
(5.) Stayed in Hospital 6 days 2½ I.C.U. 3 days no water Extremely Bloted 4th day Coffee, Soda, (4,5,6, water Soup, 5,6, with Crackers (1 small bowl.) (No Solid food) (Sunday 6:00 till Saturday 12:00 (Observation) 2015)

(6.) Times Mr. Boyd Could hardly Make it to the Hospital E.R. Entrance door. Not to be offered A wheel Chair, And have to Make it back to the Car A foot.

(Injected in Compliance (Notes, Sur., Same Test.)

① Here of States Mr. Boyds Medical treatment there to was Eating no drinking his Gout Retained, could walk short distances. Here of facts stoped Giving the Proper (Shots) Medication, causing Infection where his Gout. Then Constantly All Time drawing Mr. Boyds Blood (out) totaly At Times where to Constantly (X-raying with C.T. Scans, Where for causing Constantly (Sever Health Problems). Shots gave caused Laxative failure or would hardly work, had doubled up a tripled, (took All contents out of Abdomen Put on Pain Pill (Constantly ran tests)

② Where for the (2) knew Physicians ask several times each (when was the Last Colon Scope was did) (1) Gastrolergen/AN (Indigestion Center) there to 2 times each Mr. Boyd intent was to have the Shots Checked. Where for the Medication was not right An did Explian Symptoms, knoting said or did (no ex-change)

*notes

③ Where for Clinic said they can distribute (1) Shot Per-Month) where for the Longest Shot only Lasted (3 weeks, Sever Bloated) Times Mr. Boyd would Schedule Another Apiontment And there was knothing said or did At the next Apiontment, would have to Go to Another Facility for Treatment. (lots)

Pernicious
④ There was 1 Shot when wore off you had to have Another Shot, An you could not Go with out it. (1) shot Stop the Breathing Periodic, Hypertention, Peturbed, Prolonged.

⑤ *note)
There was 1 Shot went under the knee cap, had (3) of these, Shot And Thats where he loads the Shot un-detectable. There were (3) different Physicians, each one had been Named in A Court Claim (Tipister) Wh all pending gave Mr. Boyd A Shot on (3) Occasion caused Server Sickness Post Pone of Court Case.

⑫ (TESTS) was not spoken of by most all Physicians, Consultant.
  \* Here of Mr. Boyd request his shot to be at his apartment.
  \* Flu shots did not work or made you sickly. (wrong shot)



2009 – (6-0-09)
2010
2011
2012
2013
2014
2015
2016

(Diagram labels: 2013, W.O.C., Tupelo, 2010, Corinth, MS., 2009, 2012, Red Bay, Alabama, 2014, Booneville, Iuka, MS., 2016, 2011, Jackson, MS., Helen Keller Sheffield, Alabama, 2015, 2016)

⑬ Here of about (400) trips to Clinics an Hospitals.   (up)(50)(450)

⑭ Here of, States, Case Manager o.k. with insurance company for Mr. Boyd to Call in his Pain Medicine due to Long term use. P.C.P. Later makes me come in clinic.

⑮ Here of States Mr. Boyd resident of Belmont Apartments federal Government low income will not deduct any transportation Mr. Boyd finances as Local appointments. And E.B.T. did not deduct on food allotment.

⑯ There were several appointments counseled out (over the years)

| | |
|---|---|
| N.M.M.C. - Cancer Center<br>990 S. Madison St. Suite 1<br>Tupelo, Mississippi 38802<br>662-377-4077 Dr. Dan Schloyer | Gastroenterology Associates &<br>Endoscopy Center of North Mississippi<br>1208 Office Park Drive, Oxford, MS. 38655  X<br>Dr. Johnson    662-234-9888 |
| Tupelo Orthopedics<br>808 Garfield St. 38801<br>Dr. Massey    Tupelo, MS.<br>662-844-5330<br>IUKA 662-423-6147 | Digestive Health Specialist<br>589 Garfield St. Suite 201<br>Tupelo, MS. 38802  X<br>662-680-5565<br>Christopher Deckerd |
| I.M.A. - Rheumatology and ✓<br>Osteoporosis Center  *<br>845 South Madison<br>Tupelo, MS. 38801 (Dr. King)<br>662-377-5040 | Endoscopy Center Baptist Medical<br>Edoscopy Center of Gastrointestinal<br>Associates - 1405 North State St.<br>Suite 300 - 3rd floor<br>Jackson, MS. 601-354-1234 |
| Urology - North MS. Medical Center<br>Dr. William H. Milam Tupelo, MS.<br>830 South Gloster St.<br>662-377-7100 | G.I. Associates Endoscopy Center<br>1421 North State Street Suite 203<br>Jackson, MS. 39202<br>Steven Weeks |
| Magnolia Orthopedics ✓<br>Podiatry   *<br>Corinth, MS. Hospital<br>Wendy Nethery<br>John E. Foropulos | University Hospital Dermatology<br>Suiet K. Medical Pavilion Center<br>Dr. Brodell   601-984-1000 |
| Magnolia Gastroenterology &<br>Endoscopy - 3050 Corder drive<br>Corinth, MS. 38834 (662-287-9902)<br>Fred Corder & Mary Mitchell | CMMC - Central Mississippi<br>Medical Center, Plastict Surgeon<br>1920 Chadwick Drive<br>Suite 108 Jackson, MS.<br>39204 — 601-373-3730<br>Douglas E. Gorman  M.D. |

date — COMPLIANT —

| | |
|---|---|
| United States District Court<br>Northern District of Mississippi<br>Office of the Clerk<br>P.O. Box 704<br>Aberdeen, Mississippi 39730 | Fraud And Abuse<br>Division of Medicaid<br>Office of the Governor<br>550 High St. Suite 1000<br>Jackson, MS. 1-866-685-8664<br>1-800-880-5920 |
| David Crews Clerk<br>U.S. District Court Aberdeen Division<br>301 W. Commerce St. #13<br>Aberdeen, MS. 39730 | Mississippi Insurance Department<br>P.O. Box 79<br>Jackson, MS. 39205-0079 |
| The Honorable Jane M. Virden<br>U.S. Magistrate Judge<br>305 Main St. Room 329<br>Greenville, MS. 38701 | Better Business Bureau of Mississippi Inc.<br>660 Katherine Dr. Suite 400<br>Flo Wood, MS. 39232<br>601-398-1700 |
| Sharion Aycock<br>U.S. District Judge<br><br>Debra M. Brown<br>United States District Judge | Iuka Court House<br>Chancery Clerk, Tishomingo County<br>Desk 662-424-9797<br>Peyton Cummings<br>Circuit Clerk's ofc. 662-423-7026<br>Donny Joe Sparks |
| Jane M. Virden<br>U.S. Magistrate Judge<br><br>Oxford, MS.-662-234-1971<br>Greenville, MS.-662-234-1971<br>Aberdeen, MS.-662-369-4952 | Attorney General<br>Jackson, MS.<br>550 High St. 39204<br>601-359-3680 |
| S.S. Tupelo MS. Ms. Floyd (V.A.)<br>1-866-615-9339<br>1-866-508-4267 Ext. 14820<br>Exploited | F.B.I. Compliant Division<br>Jackson, MS.<br>601-948-5000 |

| | |
|---|---|
| UROLOGY<br>North Mississippi Medical Center<br>Iuka, MS.<br>662-423-6051 | MAGNOLIA Health<br>Health Coach<br>1-866-912-6285 |
| UROLOGY<br>Booneville Memorial Hospital<br>100 Hospital St. 38829<br>662-720-5000 | St. Dominics<br>Rheumatology.<br>106 Highland Way, Suite 200<br>Madison, MS, 39110<br>Dr. Jason Taylor<br>601-200-4530 |
| Gastroenterology ②<br>N. State Street<br>Jackson MS.<br>601 - XXXX | St. Dominics Hospital<br>Jackson, MS.<br>601-200-2000<br><br>Dr. Wooten, William<br>date 3-9-16 to 3-12-16 |
| MAGNOLIA Health PLAN<br>Nurse Wise<br>866-912-6285 | Booneville Community Health<br>208 North First St.<br>Booneville, MS. 38829<br>662-728-3313<br>662-728-5623<br>Dr. Renate Eaton    (etc) |
| M.R.I. – Tupelo, MS. ③<br>Medical Imagine<br>Cross over Road<br>662-377-6870<br>Iuka MS; Booneville MS.<br>— C.T. SCANS —<br>Helen Keller – Sheff. ALA.<br>Booneville – Hospital   Red Bay, ALA.<br>Corinth – Hospital<br>Tupelo – Hospital        ) etc.<br>Iuka – Hospital<br>G.I. Asso – Jackson, MS.   Jackson, MS | Fulton Family Medical Clinic<br>1- Medical Park Drive<br>Fulton, MS. 38843<br>662-862-5200<br>Dr. Raymond Arriola   (etc.)<br>Iuka Medical Clinic<br>1771 Curtis Dr.<br>Iuka, MS. 38852<br>662-423-6014<br>Dr. Donald Robertson   (etc) |

## MEMORANDUM
### where for to AMEND PROBLEMS.

date

1. Prolong Repudiate an Negligent to render Appropriate Sufficient Medical Service That was Causing Sever Health Problems AN Permanent.

2. SYMPTOM — Digestive failure — Pancre-a-titus — with sever gout, Pain (etc)
3. Refusal to Adjust Shots, there to Eat an drank (etc.)
4. Refusal to Contact Mr. BOYD on COMPLIANTS.
5. MAGNOLIA Health INS: A CENT ACCOUNT that Would PAY Mr. BOYD ONLY (1/2) (one half of the TEST.)
6. To Stop the PHYSICIANS And FACILITIES from ASSAULTING Mr. BOYD After COMPLIANT WAS filed.
7. The Need for Medical Hair removed.
8. Transportation To AN from APPIONTMENTS with Mr. BOYD Health Problems, Laxative dependent.
9. Prescription that Mr. BOYD (Could Not TAKE.)
10. Need APPIONTMENTS would Not Set then (or the Time)
11. Would Not give Mr. Boyd A flu-Shot. (ANtidoted.)
12. Rejected (needed Services At Times.)
    Lots. Stop running same tests.
13. (Shots) At Mr. BOYDS APARTMENT, (Not At Clinic) (etc.)

1. MAGNOLIA Health INS. — Case Manager
2. P.C.P. — Primary Care Physician
3. Rheumatologer
4. Orthopedics
5. Gastroenterolger
6. Transportation
7. Physician AN Facility.

Sign Ralph C. Boyd